# Court of Appeals
# of the State of Georgia

ATLANTA,  October 08, 2015

*The Court of Appeals hereby passes the following order:*

**A16E0012.  DEVIN JENKINS v. STATE OF GEORGIA.**

Applicant, Devin Jenkin's Motion to File an out of Time Application for Discretionary Appeal is DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/08/2015
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*